# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **GERALD GRIFFIN,** | **Plaintiff** | No. 1:09cv05023 |
| v. | | (Judge Munley) |
| **LONG ISLAND RAILROAD COMPANY,** | **Defendant** | |

## ORDER OF DISMISSAL

Counsel having reported to the court that the above case has been settled, it is hereby ordered that this case is dismissed without costs. The parties will have thirty (30) days in which to consummate the settlement.

BY THE COURT:

Date: 7/07/10

JUDGE JAMES M. MUNLEY
United States District Court



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-7-10